IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW POPE,

    Plaintiff,

v.

    3:15-CV-00480
    (JUDGE MARIANI)

OFFICER FERANCE,

    Defendant.

FILED
SCRANTON
JUL - 1 2016
PER ___
DEPUTY CLERK

**ORDER**

AND NOW, THIS 30th DAY OF JUNE, 2016, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 45) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 45) is **ADOPTED** for the reasons stated therein.

2. The Motion for Summary Judgment of Defendant, Jeffrey Ference (Doc. 38) is **GRANTED**. Judgment is hereby accordingly entered **IN FAVOR OF** Defendant Ference and **AGAINST** Plaintiff Andrew Pope.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge